UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDELQADIR AL-MUDAFARI,

  Petitioner,

    v.

BARACK H. OBAMA, *et al.*,

  Respondents.

Civil Action No. 05-CV-2185 (RCL)

## SCHEDULING ORDER

THIS CAUSE comes before the Court upon the parties' Joint Status Report. Based upon the representations of the parties, it is hereby

1. ORDERED that Petitioner shall file his Amended Traverse on or before October 15, 2010;

2. ORDERED that Respondents shall file their motion to amend the Factual Return by November 19, 2010; and

3. ORDERED that the parties shall file a Joint Status Report on or before December 3, 2010, in which they will either:

   a. notify the Court that Petitioner seeks to move for additional discovery and/or additional amendment to his Traverse and propose a briefing schedule on that matter; or

   b. propose a briefing schedule for the parties' cross-motions for judgment on the record.

SO ORDERED.


_8/10/2010_____                         _____/s/_____
Date      ROYCE                                      C. LAMBERTH
                                          CHIEF JUDGE